| | | | |
|---|---|---|---|
| Com. v. Colon–Rodriguez . . . . . . . . . . . . . | 1475 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/13/2016 | CP–06–CR–0004468–<br>2014<br>CP–06–CR–0004472–<br>2014<br>CP–06–CR–0004473–<br>2014<br>CP–06–CR–0004477–<br>2014<br>CP–06–CR–0004478–<br>2014<br>(Berks) |
| Com. v. McKahan . . . . . . . . . . . . . . . . . . . | 871 WDA 2015<br>Affirmed | 06/13/2016 | CP–26–CR–0000147–<br>2015<br>(Fayette) |
| Com. v. Fluker . . . . . . . . . . . . . . . . . . . . . | 1349 WDA 2015<br>Appeal<br>dismissed . | 06/13/2016 | CP–02–MD–0003960–<br>2015<br>(Allegheny) |
| Com. v. Smith . . . . . . . . . . . . . . . . . . . . | 3578 EDA 2014<br>Affirmed | 06/14/2016 | CP–51–CR–0005466–<br>2013<br>(Philadelphia) |
| Com. v. Whithers . . . . . . . . . . . . . . . . . . | 1195 EDA 2015<br>Affirmed | 06/14/2016 | CP–51–CR–0306711–<br>1998<br>(Philadelphia) |
| Hernandez v. E Trade Securities . . . . . . . | 1316 EDA 2015<br>Affirmed | 06/14/2016 | 2014–06945<br>(Montgomery) |
| Com. v. Boccuto . . . . . . . . . . . . . . . . . . . . | 1621 EDA 2015<br>Affirmed | 06/14/2016 | CP–51–CR–0001780–<br>2014<br>(Philadelphia) |
| Hernandez v. E Trade Securities . . . . . . . | 1639 EDA 2015<br>Affirmed | 06/14/2016 | 2014–06945<br>(Montgomery) |
| Com. v. Coles . . . . . . . . . . . . . . . . . . . . . . | 1964 EDA 2015<br>Affirmed | 06/14/2016 | CP–23–CR–0001201–<br>2015<br>(Delaware) |
| Com. v. Carter . . . . . . . . . . . . . . . . . . . . . | 2008 EDA 2015<br>Affirmed | 06/14/2016 | CP–51–CR–0012444–<br>2010<br>(Philadelphia) |
| Com. v. Jean . . . . . . . . . . . . . . . . . . . . . . . | 2297 EDA 2015<br>Affirmed | 06/14/2016 | CP–51–CR–0008323–<br>2008<br>(Philadelphia) |
| Com. v. Brown . . . . . . . . . . . . . . . . . . . . . | 2407 EDA 2015<br>Vacated and<br>Remanded | 06/14/2016 | CP–51–CR–0209611–<br>1981<br>(Philadelphia) |
| Com. v. Williams . . . . . . . . . . . . . . . . . . . . | 2465 EDA 2015<br>Affirmed | 06/14/2016 | CP–23–CR–0007305–<br>2012<br>(Delaware) |
| In the Interest of: T.G.D. & G.G.D. . . . . . | 2592 EDA 2015<br>Affirmed | 06/14/2016 | CP–51–AP–0000603–<br>2014<br>(Philadelphia) |
| Com. v. Johnson . . . . . . . . . . . . . . . . . . . . | 2685 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/14/2016 | CP–46–CR–0004283–<br>2014<br>(Montgomery) |